IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| THOMAS T. TUNSTALL V, | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action No. 18-00356-KD-B |
| KIMBERLY M. GLIDEWELL, *et al*, | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection (doc. 117) is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 4, 2021 (doc. 113) is **ADOPTED** as the opinion of this Court.

Accordingly, Plaintiff Tunstall's Motion for Leave to File Fifth Amended Complaint and Motion for Leave to File Supplemental Complaint are DENIED.

**DONE** this 5th day of February 2021.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE