# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| THOMAS T. TUNSTALL V, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 18-0356-KD-B |
| | ) |
| KIMBERLY M. GLIDEWELL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date granting Defendants Kelley O. Edwards and Cynthia T. Mosley's motion for summary judgment, it is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Defendants Edwards and Mosley and against Plaintiff Thomas T. Tunstall V.

DONE and ORDERED this the 7th day of May 2021,

 s / Kristi K DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE